# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LISA CHAMBERS  
    Plaintiff,

vs

SUNWEST MORTGAGE  
COMPANY et al.,  
    Defendants.

Case No. 1:13-cv-399

Spiegel, J.  
Litkovitz, M.J.

**ORDER**

Plaintiff has filed an *in forma pauperis* application in this case. The application contains the names of plaintiff's children, who are minors, in the list of dependents.

Pursuant to Rule 5.2(a), Fed. R. Civ. P., filing parties shall omit or partially redact personal data identifiers, including the names of minors, from all pleadings, documents and exhibits. Plaintiff is notified that any further documents filed with the Court shall omit personal data identifiers and shall identify any minors by their initials only.

The Clerk of Court is hereby **DIRECTED** to redact the privacy information from plaintiff's *in forma pauperis* application (Doc. 1), which has been granted by separate Order issued this date.

The Clerk of Court is **DIRECTED** to electronically file the redacted version of the *in forma pauperis* application.

The Clerk is further **DIRECTED** to seal the original *in forma pauperis* application and to reflect the sealing of the document on the docket of the Court. The original *in forma pauperis* application shall be retained under seal until further order of the Court.

**IT IS SO ORDERED.**

Date: 6/12/13

Karen L. Litkovitz  
United States Magistrate Judge