```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

LISA CHAMBERS,                  :    NO. 1:13-CV-00399
                                :
    Plaintiff,                 :
                                :    **ORDER**
  v.                            :
                                :
SUN WEST MORTGAGE, COMPANY,     :
INC., et al.,                   :
                                :
    Defendants.                :

       This matter is before the Court on the Magistrate Judge's April 18, 2014 Report and Recommendation (doc. 25). No Objection has been filed.

       Proper notice was provided to the Parties under Title 28 U.S.C. § 636(b)(1)(C), including the notice that they would waive further appeal if they failed to file an objection to the Magistrate Judge's Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

       The Magistrate Judge recommended that the Court grant the Motion to Dismiss (doc. 12) by individual Defendants Valland, Crider, and Agarwal for lack of personal jurisdiction (doc. 25). Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is correct.

       Accordingly, the Court ADOPTS and AFFIRMS the Report and Recommendation in all respects (doc. 25), GRANTS Defendants' Motion

to Dismiss by Defendants Valland, Crider, and Agarwal (doc. 12), and DISMISSES such individual Defendants for lack of personal jurisdiction.

    SO ORDERED.


Dated: May 14, 2014                  <u>s/S. Arthur Spiegel</u>
                                      S. Arthur Spiegel
                                      United States Senior District Judge